**Order entered February 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00545-CV

### HERCULES INCORPARATED, Appellant

### V.

### MARTH ANN GENSLER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JOHN EDWARD GENSLER, DECEASED, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-08454-D**

## ORDER

The Court has before it appellee's February 11, 2013 second unopposed motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** appellee to file her brief by March 21, 2013. No further extensions shall be granted absent a showing of exceptional circumstances.

/s/  ELIZABETH LANG-MIERS
    JUSTICE